**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−20241−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Diane E. Liberatore
   545 11th Avenue
   New Brighton, PA 15066

Social Security No.:
   xxx−xx−2337

Employer's Tax I.D. No.:

| | |
|---|---|
| **NAME/ADDRESS OF ATTORNEY FOR DEBTOR**<br>Amy L. Zema<br>Law Office of Amy L. Zema<br>2366 Golden Mile Highway<br>#155<br>Pittsburgh, PA 15239<br>Telephone number: 412−744−4450 | **NAME/ADDRESS OF TRUSTEE**<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| **DATE/TIME/LOCATION OF MEETING OF CREDITORS**<br>April 9, 2018<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | **CONFIRMATION HEARING DATE/TIME/LOC**<br>April 9, 2018<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/1/18

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20241-JAD
Diane E. Liberatore                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 2            Date Rcvd: Mar 01, 2018
                               Form ID: rsc13          Total Noticed: 34

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db             +Diane E. Liberatore,    545 11th Avenue,    New Brighton, PA 15066-1442
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14765314       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14762729       +Comenity Bank/Venus Credit,    PO box 182789,    Columbus, OH 43218-2789
14762731       +Enhanced Recovery Corp.,    PO Boc 57547,    Jacksonville, FL 32241-7547
14762732       +First National Credit,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
14770560       +HSBC Bank USA, N.A. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14762733       +Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14762736       +Leon P. Haller, Esquire,    1719 North Front Street,    Harrisburg, PA 17102-2305
14762740        Portfolio Recovery Associates,    120 Corporate Blvd.,    Cumberland, MD 21502
14762741       +RBS Citizens NA,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
14762742        Specialized Loan Servicing,    PO Box 66005,    Littleton, CO 80163
14762746       +TD Bank USA/Target,    PO Box 673,    Minneapolis, MN 55440-0673
14762747       +US Department of Education,    National Payment Center,    PO Box 105028,
                 Atlanta, GA 30348-5028
14762748       +Verizon,    500 Technology Dr., Ste. 300,    412372157, MO 63304-2225
14762749      #+Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
14762750       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2018 02:30:25      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 02 2018 02:31:11      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14765715        E-mail/Text: ally@ebn.phinsolutions.com Mar 02 2018 02:30:03      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14762728       +E-mail/Text: ally@ebn.phinsolutions.com Mar 02 2018 02:30:03      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14762730       +E-mail/Text: abovay@creditmanagementcompany.com Mar 02 2018 02:30:57      Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
14762734       +E-mail/Text: bankruptcy@huntington.com Mar 02 2018 02:30:32      Huntington National Bank,
                 PO Box 182387,    Columbus, OH 43218-2387
14762735        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 02 2018 02:30:53      Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
14767773       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 02 2018 02:30:34      MIDLAND FUNDING LLC,
                 PO BOX 2011,    Warren MI 48090-2011
14762737       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 02 2018 02:30:34      Midland Funding,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14762738       +E-mail/Text: nhc@nhchome.com Mar 02 2018 02:30:02      National Hospital Collection,
                 PO Box 699,    Morgantown, WV 26507-0699
14762739       +E-mail/Text: blegal@phfa.org Mar 02 2018 02:30:40      PA Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406
14779121        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 02:33:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14763197       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 02:54:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14762743       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 02:33:21      SYNCB/ TJX,    PO Box 965015,
                 Orlando, FL 32896-5015
14762744       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 02:33:11      SYNCB/JC Penneys,    PO Box 965036,
                 Orlando, FL 32896-5036
14762745       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 02:33:21      SYNCB/Walmart DC,    PO Box 965024,
                 Orlando, FL 32896-5024
14764642       +E-mail/Text: bankruptcy@huntington.com Mar 02 2018 02:30:32      The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Mar 01, 2018
                              Form ID: rsc13          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:

```
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Amy L. Zema    on behalf of Debtor Diane E. Liberatore amy@zemalawoffice.com
          James  Warmbrodt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture
           Trustee, for the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```