**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIANE E. LIBERATORE | ) | Bankruptcy No. 18-20241-JAD |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | Related to Document No. 28 |
| d/b/a WELLS FARGO DEALER | ) | |
| SERVICES | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| DIANE E. LIBERATORE | ) | |
| | ) | |
| Respondent / Debtor | ) | |

**CERTIFICATE OF SERVICE**

    I certify that I served or caused to be served a copy of the foregoing Objection to Confirmation of Chapter 13 Plan dated January 23, 2018 upon each of the persons and parties in interest at the addresses shown below by United States Mail, First Class, Postage Pre-Paid, unless otherwise indicated:

Diane E. Liberatore
545 11th Avenue
New Brighton, PA 15066

and, by the Court's ecf electronic notification:

|  |  |
|---|---|
| Amy L. Zema, Esq | amy@zemalawoffice.com |
| Ronda J. Winnecour, Trustee | emecf@chapter13trusteeewdpa.com |
| Office of the U.S. Trustee | ustpregion03.pa.ecf@usdoj.gov |

TUCKER ARENSBERG, P.C.

Dated: 4/4/18   By:   */s/ Brett A. Solomon*
Brett A. Solomon, Esquire
Pa. I.D. No. 83746
bsolomon@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorneys for Wells Fargo Bank, N.A.,
d/b/a Wells Fargo Dealer Services, Movant