# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20241-JAD |
| DIANE E. LIBERATORE, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| DIANE E. LIBERATORE, | : | |
| Movant | : | |
| v. | : | Document No. |
| | : | |
| NO RESPONDENTS, | : | Related to Document No. |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on April 18, 2018, via first class mail postage prepaid:

**Heritage Valley Health System, Payroll Dept., 720 Blackburn Road, Sewickley, PA 15143**

Executed on:  April 18, 2018

s/Amy L. Zema
Amy L. Zema, Esquire
PA ID 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
412-744-4450
*Attorney for Debtor*
