**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-20241-JAD |
| Diane E. Liberatore, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| Diane E. Liberatore, | ) | |
| | ) | Related to Document No. 27 and 48 |
| Movant, | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | |
| Pennsylvania Housing | ) | |
| Finance Agency, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

A *Loss Mitigation Order* dated April 4, 2018, was entered in the above matter at Document No.

27. On July 30, 2018, a ***Motion to Extend the Loss Mitigation Period*** was filed by Diane Liberatore at

Document No. 48.

*AND NOW*, this 9th day of August , 20 18 , it is hereby **ORDERED,**

***ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including***

September 10 , 20 18 .

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
8/9/18 7:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20241-JAD
Diane E. Liberatore                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Aug 09, 2018
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db             +Diane E. Liberatore,    545 11th Avenue,   New Brighton, PA 15066-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
          Amy L. Zema    on behalf of Debtor Diane E. Liberatore amy@zemalawoffice.com
          Brett A. Solomon    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James  Warmbrodt    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture
           Trustee, for the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7