## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Diane E. Liberatore, | ) | Bankruptcy No. 18-20241-JAD |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Document No. |
| | ) | |
| | ) | Related to Document No. |

### STATEMENT REGARDING REQUIRED DOCUMENTS UNDER
### RULE 1019 FOR A CASE CONVERTED TO CHAPTER 7

AND NOW comes the Debtor by her attorney Amy L. Zema, Esquire, and file this Statement Regarding Required Documents Under Rule 1019 for a Case Converted to Chapter 7 representing as follows:

1. In accordance with Bankruptcy Rule 1019(5)(B)(I), Debtor has not incurred debts to additional creditors after the commencement of the Chapter 13 case and before conversion.

2. In accordance with Bankruptcy Rules 1019(1)(A) and 1007(b), Debtor has filed all required statements and schedules.

3. In accordance with 11 U.S.C. §521(2)(A) and Bankruptcy Rule 1019(1)(B), Debtor has filed a Statement of Intention on August 14, 2018.

4. This case converted prior to the confirmation of a plan.

Dated: August 14, 2018                    /s/Amy L. Zema
                                          Amy L. Zema, Esquire
                                          PA ID: 74701
                                          2366 Golden Mile Hwy., #155
                                          Pittsburgh, PA 15239
                                          (412) 744-4450
                                          amy@zemalawoffice.com