**Form 132**

UNITED STATES BANKRUPTCY COURT    56
WESTERN DISTRICT OF PENNSYLVANIA    bsil

In re:    Bankruptcy Case No.: 18−20241−JAD

Chapter: 7

**Diane E. Liberatore**
 Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

Eric E. Bononi is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 8/14/18    **Andrew R. Vara**
    Acting United States Trustee

    **Joseph S. Sisca**
    Assistant United States Trustee
    Western District of Pennsylvania

---

I Eric E. Bononi, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

    Eric E. Bononi

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 18-20241-JAD
Diane E. Liberatore                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil              Page 1 of 1        Date Rcvd: Aug 14, 2018
                              Form ID: 132            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
aty          +Amy L. Zema,    Law Office of Amy L. Zema,   2366 Golden Mile Highway,   #155,
              Pittsburgh, PA 15239-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: eric@bononilaw.com Aug 15 2018 02:43:05     Eric E. Bononi,
              20 North Pennsylvania Avenue,   Greensburg, PA 15601-2337
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Amy L. Zema     on behalf of Debtor Diane E. Liberatore amy@zemalawoffice.com
              Brett A. Solomon    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James Warmbrodt    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture
               Trustee, for the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```