**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DIANE E. LIBERATORE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-20241 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/23/2018 and confirmed on 04/13/2018 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,442.46 |
| Less Refunds to Debtor | 1,385.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,057.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,128.34 | |
|    Trustee Fee | 334.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,462.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7250 | | | | |
|   HSBC BANK USA NA - INDENTURE TRUSTE | 0.00 | 1,525.91 | 0.00 | 1,525.91 |
|     Acct: 4819 | | | | |
|   PHFA(*) | 0.00 | 3,069.07 | 0.00 | 3,069.07 |
|     Acct: 7250 | | | | |
|   HSBC BANK USA NA - INDENTURE TRUSTE | 1,611.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 4819 | | | | |
|   PHFA(*) | 8,629.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 7250 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 13,334.77 | 379.82 | 310.11 | 689.93 |
|     Acct: 6503 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4422 | | | | |
| | | | | 5,284.91 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | DIANE E. LIBERATORE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIANE E. LIBERATORE | 1,385.14 | 1,385.14 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMY L ZEMA ESQ | 3,250.00 | 1,128.34 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMY L ZEMA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHFA(*) | 650.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7250 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX1JAD | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | ALLY FINANCIAL(*) | 797.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 4422 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 688.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 0816 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5064 | | | | |
| | AT & T MOBILITY II LLC | 1,284.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 6148 | | | | |
| | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1794 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,086.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 5149 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 1,881.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 7812 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 837.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 5226 | | | | |
| | MIDLAND FUNDING LLC | 887.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 2948 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2725 | | | | |
| | CITIZENS BANK NA(*) | 3,934.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 4150 | | | | |
| | CITIZENS BANK NA(*) | 1,404.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 1558 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,972.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 0892 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,233.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 6684 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0635 | | | | |
| | TD BANK USA NA** | 1,551.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 6243 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 221.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 0691 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,988.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 811.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 1349 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,232.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 2719 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURCE | 55.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 9947 | | | | |
| | DUQUESNE LIGHT COMPANY* | 1,871.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 8944 | | | | |

| 18-20241 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY* | 218.36 | 0.00 | 0.00 | 0.00 |
| Acct: 2082 | | | | |
| US DEPARTMENT OF EDUCATION** | 10,441.68 | 0.00 | 0.00 | 0.00 |
| Acct: 2337 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0892 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEON P HALLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                                              5,594.91

TOTAL CLAIMED
PRIORITY            960.00
SECURED          23,576.57
UNSECURED       36,399.44

Date: 08/30/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com