IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DIANE E. LIBERATORE,<br><br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE FBR SECURITIZATION TRUST 2005-2, CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2,<br><br>      Movant,<br><br>  v.<br><br>DIANE E. LIBERATORE, and ERIC E. BONONI, Chapter 7 Trustee,<br><br>      Respondents. | Bankruptcy No. 18-20241-JAD<br><br>Chapter 7<br><br>Related to Doc. No. 74 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **Monday, October 22, 2018** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **Tuesday, November 6, 2018, at 10:00am** before Judge Jeffery A. Deller, in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.   Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

Date of service: October 5, 2018

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Specialized Loan Servicing, LLC as servicer for HSBC Bank, USA, National Association, as Indenture Trustee for the FBR Securitization Trust 2005-2, Callable Mortgage-backed Notes, Series 2005-2*