IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DIANE E. LIBERATORE,<br><br>Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE FBR SECURITIZATION TRUST 2005-2, CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2,<br><br>Movant,<br><br>v.<br><br>DIANE E. LIBERATORE, and ERIC E. BONONI, Chapter 7 Trustee,<br><br>Respondents. | Bankruptcy No. 18-20241-JAD<br><br>Chapter 7<br><br>Related to Doc. Nos. 74 and 76 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT AND NOTICE OF HEARING

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 5, 2018, I served copies of the Motion for Relief from the Automatic Stay and Abandonment and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Diane E. Liberatore
545 11th Avenue
New Brighton, PA 15066

Amy L. Zema, Esq.
Counsel to Debtor
Law Office of Amy L. Zema
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239

Eric E. Bononi
Chapter 7 Trustee
20 North Pennsylvania Avenue
Greensburg, PA 15601

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

and:

Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    707 Grant Street, Suite 2200
    Pittsburgh, PA 15219
    412-456-8112
    Fax: (412) 456-8120

    *Counsel for Specialized Loan Servicing, LLC as servicer for HSBC Bank, USA, National Association, as Indenture Trustee for the FBR Securitization Trust 2005-2, Callable Mortgage-backed Notes, Series 2005-2*