# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 18-20241 |
| DIANE E. LIBERATORE, | Chapter 7 |
| Debtor(s). | |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, for the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 45), filed on July 25, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 11, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

<u>Debtor(s) via First-Class Mail</u>
Diane E. Liberatore
545 11th Avenue
New Brighton, PA 15066

<u>Debtor(s) Counsel via First-Class Mail</u>
Amy L. Zema
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239

<u>Trustee via First-Class Mail</u>
Eric E. Bononi
20 North Pennsylvania Avenue
Greensburg, PA 15601

<u>U.S. Trustee via First-Class Mail</u>
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon