IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-20241-JAD |
| DIANE E. LIBERATORE, | Chapter 7 |
| Debtor, | Related to Doc. No. 74 |
| SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE FBR SECURITIZATION TRUST 2005-2, CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2, | |
| Movant, | |
| v. | |
| DIANE E. LIBERATORE, and ERIC E. BONONI, Chapter 7 Trustee, | |
| Respondents. | |

**CERTIFICATE OF NO OBJECTION OR RESPONSE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Abandonment, filed at Doc. No. 74, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than October 22, 2018. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay and Abandonment be entered by the Court.

Dated: October 23, 2018

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Specialized Loan Servicing, LLC as servicer for HSBC Bank, USA, National Association, as Indenture Trustee for the FBR Securitization Trust 2005-2, Callable Mortgage-backed Notes, Series 2005-2*