**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 18-20241 | |
| Diane Liberatore, ) | | |
| ) | Chapter 13 | |
| Debtor. ) | | |
| Diane Liberatore, ) | | |
| ) | Related to Document No. | |
| Movant, ) | | |
| v. ) | Hearing Date and Time: | |
| ) | | |
| Pennsylvania Housing ) | | |
| Finance Agency, ) | | |
| ) | | |
| Respondent. ) | | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served Motion to Terminate Loss Mitigation, Portal History, and Proposed Order on the following parties at the addresses listed below on December 11, 2018, via electronic mail and/or first class mail postage prepaid:
:

Pennsylvania Housing Finance Agency
P.O. Box 8029
Harrisburg, PA 17105-8029

Leon P. Haller, Esquire
PURCELL, KRUG & HALLER
1719 North Front Street
Harrisburg, PA 17102
*Attorney for PHFA*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222


Date:  December 11, 2018     By:  /s/Amy L. Zema
                                  Amy L. Zema, Esquire
                                  PA ID 74701
                                  2366 Golden Mile Hwy., #155
                                  Pittsburgh, PA 15239
                                  (412) 744-4450
                                  amy@zemalawoffice.com