**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Diane E. Liberatore** | Social Security number or ITIN **xxx–xx–2337** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **18–20241–JAD** | |

# Order of Discharge                                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diane E. Liberatore

12/13/18                                                                                       **By the court:**   Jeffery A. Deller
                                                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
Western District of Pennsylvania
```

In re:                                                              Case No. 18-20241-JAD
Diane E. Liberatore                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 2            Date Rcvd: Dec 13, 2018
                            Form ID: 318            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db             +Diane E. Liberatore,    545 11th Avenue,    New Brighton, PA 15066-1442
cr             +HSBC BANK USA N.A.,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,     c/o Brett A. Solomon, Esquire,
                 Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
14765314       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14762732       +First National Credit,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
14886563       +HSBC Bank USA, N.A. Trustee,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14770560       +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14762736       +Leon P. Haller, Esquire,    1719 North Front Street,    Harrisburg, PA 17102-2305
14762740        Portfolio Recovery Associates,    120 Corporate Blvd.,    Cumberland, MD 21502
14762741       +RBS Citizens NA,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
14762742        Specialized Loan Servicing,    PO Box 66005,    Littleton, CO 80163
14762747       +US Department of Education,    National Payment Center,    PO Box 105028,
                 Atlanta, GA 30348-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 02:31:43      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14796719       +EDI: CINGMIDLAND.COM Dec 14 2018 07:18:00       AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
14765715        EDI: GMACFS.COM Dec 14 2018 07:18:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14762728       +EDI: GMACFS.COM Dec 14 2018 07:18:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
14762729       +EDI: WFNNB.COM Dec 14 2018 07:19:00      Comenity Bank/Venus Credit,    PO box 182789,
                 Columbus, OH 43218-2789
14762730        E-mail/Text: abovay@creditmanagementcompany.com Dec 14 2018 02:32:11        Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
14798803        EDI: DIRECTV.COM Dec 14 2018 07:18:00      Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
14798704       +E-mail/Text: kburkley@bernsteinlaw.com Dec 14 2018 02:32:28        Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,     707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14762731       +E-mail/Text: bknotice@ercbpo.com Dec 14 2018 02:31:58        Enhanced Recovery Corp.,
                 PO  Boc 57547,    Jacksonville, FL 32241-7547
14762733       +EDI: CITICORP.COM Dec 14 2018 07:19:00       Home Depot/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14762734       +E-mail/Text: bankruptcy@huntington.com Dec 14 2018 02:31:46        Huntington National Bank,
                 PO Box 182387,    Columbus, OH 43218-2387
14762735        EDI: JEFFERSONCAP.COM Dec 14 2018 07:18:00      Jefferson Capital Systems,     16 McLeland Road,
                 Saint Cloud, MN 56303
14792209        EDI: JEFFERSONCAP.COM Dec 14 2018 07:18:00      Jefferson Capital Systems LLC,     Po Box 7999,
                 Saint Cloud Mn 56302-9617
14767773       +EDI: MID8.COM Dec 14 2018 07:18:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 Warren MI 48090-2011
14762737       +EDI: MID8.COM Dec 14 2018 07:18:00      Midland Funding,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
14762738       +EDI: NHCLLC.COM Dec 14 2018 07:19:00       National Hospital Collection,    PO Box 699,
                 Morgantown, WV 26507-0699
14762739       +E-mail/Text: blegal@phfa.org Dec 14 2018 02:31:52      PA Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406
14779121        EDI: PRA.COM Dec 14 2018 07:18:00      Portfolio Recovery Associates, LLC,     POB 12914,
                 Norfolk VA 23541
14763197       +EDI: PRA.COM Dec 14 2018 07:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14804535        E-mail/Text: blegal@phfa.org Dec 14 2018 02:31:52      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14798931        EDI: Q3G.COM Dec 14 2018 07:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
14762743       +EDI: RMSC.COM Dec 14 2018 07:19:00       SYNCB/ TJX,    PO Box 965015,    Orlando, FL 32896-5015
14762744       +EDI: RMSC.COM Dec 14 2018 07:19:00       SYNCB/JC Penneys,    PO Box 965036,
                 Orlando, FL 32896-5036
14762745       +EDI: RMSC.COM Dec 14 2018 07:19:00       SYNCB/Walmart DC,    PO Box 965024,
                 Orlando, FL 32896-5024
14804581       +E-mail/Text: bncmail@w-legal.com Dec 14 2018 02:32:01       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14762746       +EDI: WTRRNBANK.COM Dec 14 2018 07:19:00       TD Bank USA/Target,    PO Box 673,
                 Minneapolis, MN 55440-0673
14764642       +E-mail/Text: bankruptcy@huntington.com Dec 14 2018 02:31:46        The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
```

```
District/off: 0315-2           User: bsil                  Page 2 of 2                  Date Rcvd: Dec 13, 2018
                               Form ID: 318                Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14877928       EDI: ECMC.COM Dec 14 2018 07:18:00      US Department of Education,   PO Box 16448,
                St. Paul, MN 55116-0448
14762748      +EDI: VERIZONCOMB.COM Dec 14 2018 07:18:00      Verizon,   500 Technology Dr., Ste. 300,
                412372157, MO 63304-2225
14797438       EDI: AIS.COM Dec 14 2018 07:18:00      Verizon,   by American InfoSource LP as agent,
                PO Box 248838,   Oklahoma City, OK 73124-8838
14762749      +EDI: VERIZONCOMB.COM Dec 14 2018 07:18:00      Verizon Wireless,   PO Box 26055,
                Minneapolis, MN 55426-0055
14791643       EDI: WFFC.COM Dec 14 2018 07:19:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                P.O. Box 19657,   Irvine, CA 92623-9657
14762750      +EDI: WFFC.COM Dec 14 2018 07:19:00      Wells Fargo Dealer Services,   PO Box 1697,
                Winterville, NC 28590-1697
                                                                                                TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture
cr             Specialized Loan Servicing, LLC as servicer for HS
cr*           +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*           +Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                      TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
```
              Amy L. Zema    on behalf of Debtor Diane E. Liberatore amy@zemalawoffice.com
              Brett A. Solomon    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James Warmbrodt    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture
               Trustee, for the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Specialized Loan Servicing, LLC as servicer for HSBC Bank,
               USA, National Association, as Indenture Trustee for the FBR Securitization Trust 2005-2,
               Callable Mortgage-backed Notes, Series 2005-2 kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Lisa Cancanon    on behalf of Creditor   Specialized Loan Servicing, LLC as servicer for HSBC
               Bank, USA, National Association, as Indenture Trustee for the FBR Securitization Trust 2005-2,
               Callable Mortgage-backed Notes, Series 2005-2 lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                TOTAL: 9
```